# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| Transportation Alliance Bank Inc., d/b/a TAB Bank, a Utah corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>US TransLoco, LLC, an Indiana limited liability company, Hywavang Equipment, LLC, an Indiana limited liability company, and Pocket 57 Properties, LLC, an Indiana limited liability company, Pacific Nova Holdings, LLC, a Delaware limited liability company, Newhaboco Holdings, LLC, an Indiana limited liability company, and Thomas W. Swaner, an individual,<br><br>　　　　Defendants. | **DEFAULT CERTIFICATE**<br><br>Civil No. 1:24-cv-00160-TS-JCB<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Jared C. Bennett |

　　　　Pursuant to Rule 55 of the Federal Rules of Civil Procedure and DUCivR 55-1(b), the Clerk of the Court hereby finds that (1) Defendants US Transloco, LLC, Hywavang Equipment, LLC, Pocket 57 Properties, LLC, Pacific Nova Holdings, LLC, and Newhaboco Holdings, LLC (collectively, the "Defaulting Defendants") were properly served with process in this action; (2) Defaulting Defendants have failed to appear, plead, or file an answer in this action; (3) the time allowed by law for Defaulting Defendants appear, plead, or file an answer in this action has expired.

Accordingly, the default of Defendants US Transloco, LLC, Hywavang Equipment, LLC, Pocket 57 Properties, LLC, Pacific Nova Holdings, LLC, and Newhaboco Holdings, LLC is hereby entered under Rule 55(a) of the Federal Rules of Civil Procedure and DUCivR 55-1(a).

DATED this 12th day of December, 2024.

GARY P. SERDAR, CLERK OF COURT:

BY: _____