# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| Transportation Alliance Bank Inc., d/b/a TAB Bank, a Utah corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>US TransLoco, LLC, an Indiana limited liability company, Hywavang Equipment, LLC, an Indiana limited liability company, and Pocket 57 Properties, LLC, an Indiana limited liability company, Pacific Nova Holdings, LLC, a Delaware limited liability company, Newhaboco Holdings, LLC, an Indiana limited liability company, and Thomas W. Swaner, an individual,<br><br>　　　　Defendants. | **DEFAULT CERTIFICATE**<br><br>Civil No. 1:24-cv-00160-TS-JCB<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Jared C. Bennett |

　　　　Under Rule 55 of the Federal Rules of Civil Procedure and DUCivR 55-1(b), the Clerk of the Court hereby finds that (1) defendant Thomas W. Swaner ("<u>Swaner</u>") was properly served with process in this action; (2) Swaner failed to appear, plead, or file an answer in this action; (3) the time allowed by law for Swaner to appear, plead, or file an answer in this action has expired. Accordingly, the default of Thomas W. Swaner is hereby entered according to law.

.　　　　DATED this 21st day of February, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　GARY P. SERDAR, CLERK OF COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____